851 A.2d 835

In re APPEAL OF GULPH MILLS GOLF CLUB from the Decision Dated May 31, 2001, of the Board of Supervisors of the Township of Upper Merion.

Petition of Gulph Mills Golf Club.

O'Neill Properties Group, L.P., Intervenor.

Supreme Court of Pennsylvania.

May 26, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May, 2004, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

Whether the trial court is required to make its own findings of fact when an agency approved a land development plan without making its own findings.